**ORIGINAL**

1983 FORM Rev. 01/2008

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2020

at __1__ o'clock and __10__ min. __P__ M
MICHELLE RYNNE, CLERK cw
"UNPMD, IFP SUBM"
give copy maim 12/14/20

Name and Prisoner/Booking Number: Christopher Jay Scaperotta, #A6083262

Place of Confinement: OAHU Community Correctional Facility

Mailing Address: 2199 Kamehameha Hwy

City, State, Zip Code: Honolulu, Hawaii 96819

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

(Full Name of Plaintiff): Christopher Jay Scaperotta

Case No. **CV20 00551 JAO RT**
(To be supplied by the Clerk)

vs.

**PRISONER CIVIL RIGHTS COMPLAINT**

(Full Names of Defendants; DO NOT USE et al.):
WARDEN NEAL WAGATSUMA
Kauai Community Correction Center

☒ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

## A. JURISDICTION

1. Jurisdiction is invoked pursuant to:

   a. ☒ 28 U.S.C. § 1343(a)(3) ; 42 U.S.C. § 1983
   b. ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971)
   c. ☐ Other: (Please Specify) _____

2. Plaintiff: Christopher Jay Scaperotta

   Institution/city where violation occurred: Kauai Community Correctional CENTER

3. First Defendant*: NEAL WAGATSUMA

This defendant is a citizen of (state and county) Lihue, Kauai,
and is employed as:

WARDEN (Position and Title) at KAUAI COMM Corr. CTR. (Institution)

This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how

1

Received By Mail
Date DEC 11 2020

1983 FORM Rev. 01/2008

this defendant was acting under color of law: _Did not Provide Adequate Disabled Accomodations. Premise Liability. Insufficient Mail Room. Allowed Inmate Access to Federal Mail_

4. Second Defendant: __Kauai Comm Corr. Ctr___

This defendant is a citizen of (state and county) __Lihue__
__Kauai__, and is employed as:
__county jail__ at __KCCC__
(Position and Title)           (Institution)

This defendant is sued in his/her ___ individual ✓ official capacity (check one or both). Explain how this defendant was acting under color of law:

_Did not Provide Adequate Mail System. Lost Check from Credit Union. Didn't Provide ADA Accomodations_

5. Third Defendant: _____

This defendant is a citizen of (state and county) _____
_____, and is employed as:
_____ at _____
(Position and Title)           (Institution)

This defendant is sued in his/her ___ individual ___ official capacity (check one or both). Explain how this defendant was acting under color of law: _____

(If you would like to name additional defendants, make a copy of this (blank) page and provide the necessary information.)

\*   A defendant may be named in an individual or official capacity, or both. To sue a defendant in their **individual capacity**, you must be able to state facts showing that the defendant was <u>actually</u> involved in violating your rights. A suit against a defendant in their **official capacity** is in reality a suit against the <u>office or position</u> the defendant holds. Only injunctive relief is available in an official capacity suit against a state official. This is because the **Eleventh Amendment** confers immunity upon the state or its officials against monetary damages resulting from federal court litigation.

    "Color of law" refers to whether the person is a private party or an employee, official, or agent of a state, county, city, or the federal government. There can be no civil rights action under § 1983 unless the defendant was "acting under color of law." After the color of law requirement is met, then it must be determined in which capacity the defendant is being sued.

1983 FORM Rev. 01/2008

## B. PREVIOUS LAWSUITS

1. Have you brought any other lawsuits while a prisoner:   ☐ Yes   ☒ No

2. If your answer is yes, how many?: ___N/A___   Describe the lawsuit in the spaces below.

3. First previous lawsuit:

   a. Plaintiff __N/A__

   Defendants __N/A__

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): __N/A__

   c. Claims raised: __N/A__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   e. Approximate date of filing lawsuit __N/A__

   f. Approximate date of disposition __N/A__

4. Second previous lawsuit:

   a. Plaintiff __N/A__

   Defendants __N/A__

   b. Court and Case Number (if federal court, identify the district; if state court, identify the county): __N/A__

   c. Claims raised: __N/A__

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   e. Approximate date of filing lawsuit __N/A__

   f. Approximate date of disposition __N/A__

3

1983 FORM Rev. 01/2008

5. Third previous lawsuit:

   a. Plaintiff _____ N/A _____

      Defendants _____ N/A _____

   b. Court and Case Number (if federal court, identify the district; if state sourt, identify the county):
      _____ N/A _____

   c. Claims raised: _____ N/A _____

   d. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)
      _____

   e. Approximate date of filing lawsuit _____ N/A _____

   f. Approximate date of disposition _____ N/A _____

(If you have filed more than three lawsuits, make a copy of this (blank) page and provide the necessary information.)

6. Have you filed any actions in federal court that were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted? ___Yes  ✓ No.

   If you have had three or more previous federal actions dismissed for any of the reasons stated above, you may not bring another civil action in forma pauperis unless you are under imminent danger of serious physical injury. See 28 U.S.C. § 1915(g).

4

1983 FORM Rev. 01/2008

## C. CAUSE OF ACTION

### COUNT I

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
   8th Amendment confiscated wheelchair, sleeping on floor, No handicap shower or bathroom, Ada Rights Violated.

2. Count I involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☐ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☒ Other: ADA DISABILITY RIGHTS

3. **Supporting Facts**: (State as briefly as possible the FACTS supporting Count I, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

   In February of 2020 I was sent to KCCC in a wheelchair. Medical memo stated Wheelchair/month, No Top Bunk, No Floor indefinantly. Wheelchair was taken away 3rd day and I was placed in Pink room (ADSEG) on floor with 3 other inmates for 2½ weeks. Moved to Module B and showed memo + bosses for chair back. Allowed back for 3 days and removed again. Asked for Accomadation Form, No reply. No Reasonable Accomodation. Asked for use of Handicapped toilet. No Remedy. Asked for use of Handicapped Shower. No Remedy. Asked for Medical Attention + Treatment. Medical memo for 2nd Mattress and Pillow and water bottle allowed but Removed by ACO's. Medical memo for Barretts Cancer to allow waterbottle by bedside allowed, removed by next shift.

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.)

   Back reinjured getting up and down off floor. Neck injured same way. Throat damage from No water by bedside. Hurt back in regular dirty no support Shower. Constipation causing anal fissure tear due to no handicapped bars on toilet and back muscle spasm/strain/pull/ for/ Annular nerve impingment/ Disc Damage and Syatica Nerve going down back of leg to numbing toes. Condition Progressing and worsening and No examination or treatment. Been forced to decist Caloric intake and stop eating Because I can't move my bowels without Handrails

5

1983 FORM Rev. 01/2008

# COUNT II

1. The following constitutional or other federal civil right has been violated by the Defendant(s):
   1st Amendment, 6th Am, 8th Am. Mail violations is a Communications violation; Speech deprivation, court Communications, denied financial check.

2. Count II involves: (Check **only one**; if your claim involves more than one issue, each issue should be stated in a different count)
   ☒ Mail   ☐ Access to the court   ☐ Medical care
   ☐ Disciplinary proceedings   ☐ Property   ☐ Exercise of religion   ☐ Retaliation
   ☐ Excessive force by an officer   ☐ Threat to safety   ☐ Other: _____

3. **Supporting Facts:** (State as briefly as possible the FACTS supporting Count II, without citing legal authority or arguments. Describe exactly what each Defendant did or did not do to violate your rights.)

   ON OCTOBER 20, 2020 at KCCC I was offered a phone call to ENT FEDERAL CREDIT Union to have a Cashiers Check sent to be deposited in my inmate Account. ACK VIO #1E CSI made the arrangments. 2 days later I'm sent to OCCC and now 1½ months later no one will mail or deposit my Check. Mail has not been transferred to OCCC except for 1 piece from Disciplinary Council Supreme Court. (2) WARDEN Neal Wagatsuma will not allow Bibles, Religious Magazines, Books ect to be mailed in. Mail I've sent out has been tampered with and not sent out, 1 letter was rerouted to Chaplain Suey and He came to my cell mad because of what I wrote Pastor Darrell Kua about him. I and other inmates witness inmate Vinny ? (Life Sentence Murderer) in Program module Scanning and Checking + Reading other inmate mail, and exposing the Contents to Fellow inmates. This is a violation of Safety Protocols + Federally Protected

4. Injury: (State how you have been injured by Defendant(s)' actions or inactions.

   Lost Check and transfer to OCCC has deprived me of Commissary / Hygeine / OTC medications. Refused Bible/Book/Religious materials has refocused my attention on inmates / crime sin and lawsuits, depriving me and God of fellowship and causing my Mental Health Demise, which I am now in a Mental Health Phych. Ward, without over the counter medicines my health is failing, OCCC + KCCC have records of my internal Bleeding: rectally + Urine + Stomach. Without Hygeine (soap, shampoo, Lotion, Chapstick, Prep H, Hydrocortisone creme) Supplies, Skin Cracking, Lips Cracking, Dandruff, Hemoroids, Rectal Bleeding ect Skin itching, Dry eyes

1983 FORM Rev. 01/2008

## D. REQUEST FOR RELIEF

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

$100 million Restitutional damages and compensatory damages. Injunctive relief.

Out of Court Settlement

Retraining of Staff

Letter of Apology

I understand that a false statement or answer to any question in this complaint will subject me to penalties of perjury. I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT. See 28 U.S.C. § 1746 and 18 U.S.C. §1621.

Signed this __24th__ day of __November__, __2020__.
                                  (month)            (year)

_____
(Signature of Plaintiff)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If needed, you may attach no more than **fifteen (15) additional pages**. Number these pages in relation to the final page number of the section that is being extended (i.e. additional defendants' pages should be numbered "2A, 2B, etc.," additional previous lawsuits' pages "4A, 4B, etc.," additional claims should be numbered "7A, 7B, etc." This form, however, must be completely filled in to the extent applicable.

8